| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7667891 | **DATE** 04/11/2025 |
|---|---|---|---|---|

| **NAME** RODRIGUEZ, Alicia | | **OFFICER** Sarah  A. Reinkensmeyer | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20187-01 |
|---|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 01/17/2023 **COMMENCED** 01/17/2023 **EXPIRATION** 01/16/2027 | **SUPERVISION TYPE** Probation | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 16 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Myra Din | **DEFENSE ATTORNEY** Casey Swanson |
|---|---|

**REPORT PURPOSE**

<span style="color:red">**AMENDMENT TO THE PETITION DATED AUGUST 8, 2023**

**Please Note All Changes are Underlined**</span>

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 4, Misprison of Felony (Sex Trafficking of a Minor)

**SENTENCE DISPOSITION**

Probation for a term of four years.

Name of Sentencing Judicial Officer:  Honorable Jane E. Magnus-Stinson, Southern District of Indiana at Indianapolis. Jurisdiction accepted by the Honorable Linda V. Parker on March 23, 2023.

Modification: March 20, 2024, the following special condition was removed, pursuant to Order of the Court to Continue Supervision:

"You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment."

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7667891 | DATE 04/11/2025 |
|---|---|---|---|---|
| NAME RODRIGUEZ, Alicia | | OFFICER Sarah A. Reinkensmeyer | JUDGE Linda V. Parker | DOCKET # 23-CR-20187-01 |

ORIGINAL SPECIAL CONDITIONS

1. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

2. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

3. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

4. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

5. You shall not use or possess alcohol.

6. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

7. You shall participate in an educational services program at the direction of the probation officer and abide by the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

8. You shall participate in a vocational services program at the direction of the probation officer and abide by the rules and regulations of that program. Such program may include job readiness training and skills development training.

9. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

10. You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

11. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 7667891 | DATE 04/11/2025 |
|---|---|---|---|---|
| NAME RODRIGUEZ, Alicia | OFFICER Sarah  A. Reinkensmeyer | JUDGE Linda V. Parker | | DOCKET # 23-CR-20187-01 |

enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

12. You shall not engage in an occupation, business, profession or volunteer activity that would require or enable you to access the internet or access to an internet enabled device during the term of supervision without prior approval of the probation officer.

13. You shall not engage in any "adult services" based occupation, such as massage services, working in a strip club, or other sex-based services. All employment shall be approved in advance by the probation officer.

14. You shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, intentional communications, activities, or visits with minors except as disclosed to the probation officer and approved by the Court.

15. You shall have contact with your children.

16. You shall not have unsupervised meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have supervised meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision.

17. You shall not engage in any meetings, communications, activities, or visits with any of the victim(s) involved in this case or members of the family of such victim(s), including Minor Victim 1. You shall have no contact with Damion Alexander or Alonzo Haney.

18. You shall not participate in unsupervised meetings, intentional communications, activities, or visits with persons you know to be a registered sex offender or to have been convicted of a felony sex offense involving an adult or minor, including any child pornography offense, except as disclosed to the probation officer and approved by the court. This condition is not intended to prevent you from participating in treatment programs or religious services with felons in such programs/services so long as the activity has been disclosed as described above.

19. You may not visit adult services websites, such as Craigslist, Megapersonals, SkipTheGames, or Erotic Review, and you may not visit "dating" websites or use apps or websites that are designed to allow you to meet strange for any purpose, including for the purpose of sexual contact or commercial sexual activity. You may not make postings on OnlyFans.

20. You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment.

21. You shall not possess any child pornography or visual depictions of child erotica or nude minors. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7667891 | **DATE** 04/11/2025 |
|---|---|---|---|---|
| **NAME** RODRIGUEZ, Alicia | **OFFICER** Sarah  A. Reinkensmeyer | **JUDGE** Linda V. Parker | | **DOCKET #** 23-CR-20187-01 |

22. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: mental health treatment and computer monitoring. The probation officer shall determine your ability to pay and any schedule of payment.

Criminal Monetary Penalty:  Special Assessment $100.00 (Balance: $100.00)

The probation officer believes that the offender has violated the following conditions of Probation:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Condition No. 15:**  "YOU SHALL NOT USE OR POSSESS ANY CONTROLLED SUBSTANCES PROHIBITED BY APPLICABLE STATE OR FEDERAL LAW, UNLESS AUTHORIZED TO DO SO BY A VALID PRESCRIPTION FROM A LICENSED MEDICAL PRACTITIONER. YOU SHALL FOLLOW THE PRESCRIPTION INSTRUCTIONS REGARDING FREQUENCY AND DOSAGE." |

On January 19, 2023, RODRIGUEZ was positive for marijuana, amphetamines, and buprenorphine. She admitted to the use of marijuana and claimed to have a prescription for Suboxone and Adderall. Documentation of the prescriptions were never produced. On May 10, 2023, RODRIGUEZ was positive for benzodiazepines, buprenorphine, and marijuana. She claimed to have a prescription for Xanax and indicated that she stopped taking Suboxone. Documentation of the prescriptions were never produced. Results from the listed drug screens were both confirmed by toxicology.

On July 26, 2023, RODRIGUEZ reported to the office and admitted that she relapsed and has been abusing opiates. A drug screen was administered which returned positive from toxicology for Hydromorphone, Hydrocodone, and THC.

| Date | Positive Drug(s) | Valid Prescription | Admitted Use | Confirmed by Toxicology |
|---|---|---|---|---|
| 08/21/2023 | THC | N/A | Yes | Yes (quantity not sufficient to test for extended opiates) |
| 08/31/2023 | THC Buprenorphine | N/A No | Yes Yes | Yes |
| 10/18/2023 | THC | N/A | Yes | No |
| 12/20/2023 | THC Buprenorphine | N/A No | Yes Yes | Yes |
| 01/16/2024 | THC Buprenorphine | N/A No | No No | Yes |

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 7667891 | DATE 04/11/2025 |
|---|---|---|---|---|
| NAME RODRIGUEZ, Alicia | OFFICER Sarah  A. Reinkensmeyer | JUDGE Linda V. Parker | DOCKET # 23-CR-20187-01 | |

| | | | | |
|---|---|---|---|---|
| 01/30/2024 | THC Hydromorphone | N/A No | No No | Yes |
| 03/06/2024 | THC | No | No | Yes |
| 05/16/2024 | Buprenorphine | No | Yes | Yes |
| 06/07/2024 | Buprenorphine | No | Yes | No |
| 07/19/2024 | THC Buprenorphine | N/A No | Yes Yes | Yes |
| 08/23/2024 | THC Buprenorphine | N/A No | Yes | Yes |
| 10/30/2024 | THC Methadone | N/A Yes | Yes Yes | Yes |
| 11/06/2024 | THC | N/A | Yes | Yes |
| 12/18/2024 | THC Methadone | N/A Yes | Yes | Yes |
| 02/12/2025 | THC Methadone | N/A Yes | Yes | Yes |

2      **Violation of Condition No. 1:** "YOU SHALL REPORT TO THE PROBATION OFFICER IN A MANNER AND FREQUENCY DIRECTED BY THE COURT OR PROBATION OFFICER."

RODRIGUEZ frequently fails to respond to calls and text messages from the Probation Department, therefore, making it difficult to schedule in-person reporting. She claims to have phone issues, causing the Probation Department to contact her boyfriend to deliver messages and schedule appointments.

On July 29, 2023, RODRIGUEZ absconded from residential substance abuse treatment after being there for one day. She failed to notify the probation department. Multiple attempts have been made to get in contact with her, however, attempts have been unsuccessful.

On February 13, 2024, RODRIGUEZ was scheduled to report to the probation department. She claimed she could not secure transportation to the office and was rescheduled for February 15, 2024.

On February 15, 2024, RODRIGUEZ claimed she had COVID and was rescheduled to report to the probation office on February 21, 2024.

On February 21, 2024, she failed to report to the probation department.

On February 26, 2024, writer called RODRIGUEZ and her boyfriend with no response.

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 7667891 | DATE 04/11/2025 |
|---|---|---|---|---|
| NAME RODRIGUEZ, Alicia | | OFFICER Sarah  A. Reinkensmeyer | JUDGE Linda V. Parker | DOCKET # 23-CR-20187-01 |

On February 28, 2024, the probation department attempted to contact RODRIGUEZ at her residence and last known employment, however, was unsuccessful.

On July 4, 2024, RODRIGUEZ was instructed to report to the office on July 9, 2024. RODRIGUEZ failed to report on this date claiming to be sick.

On August 5, 2024, and August 7, 2024, RODRIGUEZ failed to report to the probation department.

In January of 2025, the probation department was notified by RODRIGUEZ's primary care doctor that she was placed on bed rest during to her high-risk pregnancy. She was no longer required to report to the probation department.

**3**  **Violation of Condition No. 13:**  **"YOU SHALL PARTICIPATE IN A SUBSTANCE ABUSE OR ALCOHOL TREATMENT PROGRAM APPROVED BY THE PROBATION OFFICER AND ABIDE BY THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER SHALL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.). THE COURT AUTHORIZES THE RELEASE OF THE PRESENTENCE REPORT AND AVAILABLE EVALUATIONS TO THE TREATMENT PROVIDER, AS APPROVED BY THE PROBATION OFFICER."**

On July 26, 2023, RODRIGUEZ reported to the probation office and admitted that she has been actively abusing opiates. Earlier on this date she was reportedly going through withdrawal symptoms and went to an emergency room to obtain a prescription for Suboxone. The Probation Department referred RODRIGUEZ for screening with the Detroit Wayne Integrated Health Network (Detroit, Michigan). She was scheduled to begin residential substance abuse treatment with Self Help Addiction Rehab (SHAR) house (Detroit, Michigan) on July 27, 2023. Due to alleged transportation issues, she did not report to SHAR house until July 28, 2023. On July 29, 2023, she left the facility against the treatment provider's recommendation.

On September 6, 2023, RODRIGUEZ was admitted into the Sacred Hart Rehabilitation Center (Richmond, Michigan). On September 21, 2023, RODRIGUEZ successfully completed inpatient treatment at Sacred Heart Rehabilitation Center.

On October 11, 2023, RODRIGUEZ was admitted to the Guidance Center in Southgate, Michigan for outpatient substance abuse and mental health counseling. Her attendance was sporadic, and she continued to test positive for illicit drugs.

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 7667891 | DATE 04/11/2025 |
|---|---|---|---|---|
| NAME RODRIGUEZ, Alicia | OFFICER Sarah  A. Reinkensmeyer | JUDGE Linda V. Parker | | DOCKET # 23-CR-20187-01 |

On March 26, 2024, contact was made with the Guidance Center at which time it was disclosed that RODRIGUEZ' attendance only continued to get worse and on March 8, 2024, she was administered a drug which yielded positive results for suboxone, opiates, and marijuana.

On April 29, 2024, RODRIGUEZ was admitted for inpatient substance abuse treatment at Sacred Heart-Richmond. She successfully discharged on May 7, 2024, and was scheduled for an appointment at the Guidance Center on May 17, 2024.

On August 12, 2024, contact was made with RODRIGUEZ' therapist at the Guidance Center. who indicated that RODRIGUEZ has not been attending her treatment appointments. She was assigned to RODRIGUEZ in March of 2024. RODRIGUEZ has only attended two sessions in June of 2024, failed to attend group therapy, failed to work with a recovery coach, and missed multiple medications reviews. She was terminated from this program due to ongoing poor attendance.

On September 9, 2024, RODRIGUEZ was admitted back into inpatient treatment at Sacred Heart-Richmond. She successfully completed the program on September 26, 2024, and was referred to Star Methadone Center in Detroit, Michigan.

On March 25, 2025, RODRIGUEZ was instructed to re-engage in mental health treatment at the Guidance Center.  She reportedly has an intake appointment scheduled for April 22, 2025.

The probation department has verified that RODRIGUEZ is receiving Medicated Assisted Treatment at Star Center in Detroit, Michigan. She is required to reported three times per week for administration of methadone. She is meeting with her therapist twice monthly and drug screens are conducted at random.

On April 11, 2025, contact was made with RODRIGUEZ's therapist at the Star Clinic who confirmed her compliance with treatment.

4          **Violation of Condition No. 32: "**YOU SHALL CONSENT, AT THE DIRECTION OF THE PROBATION OFFICER, TO HAVING INSTALLED ON YOUR COMPUTER(S), TELEPHONE(S), ELECTRONIC DEVICES, AND ANY HARDWARE OR SOFTWARE, SYSTEMS TO MONITOR YOUR USE OF THESE ITEMS. MONITORING WILL OCCUR ON A RANDOM AND/OR REGULAR BASIS. YOU WILL WARN OTHER OCCUPANTS OR USERS OF THE EXISTENCE OF THE MONITORING HARDWARE OR SOFTWARE. TO PROMOTE THE EFFECTIVENESS OF THIS MONITORING, YOU SHALL DISCLOSE IN ADVANCE ALL CELLULAR PHONES, ELECTRONIC DEVICES, COMPUTERS, AND ANY HARDWARE OR SOFTWARE TO THE PROBATION OFFICER AND MAY NOT ACCESS OR USE ANY UNDISCLOSED EQUIPMENT."

On August 1, 2023, RODRIGUEZ had a scheduled appointment with IPPC Technologies for the

| PROB 12C<br>(Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>7667891 | **DATE**<br>04/11/2025 |
|---|---|---|---|---|
| **NAME**<br>RODRIGUEZ, Alicia | **OFFICER**<br>Sarah  A. Reinkensmeyer | **JUDGE**<br>Linda V. Parker | | **DOCKET #**<br>23-CR-20187-01 |

purpose of installing phone monitoring on her cellular device. She failed to attend the appointment leaving her in the possession of an unmonitored cellphone.

On March 20, 2024, a court order was signed removing this condition.

| I declare under penalty of perjury that the foregoing is true and correct.<br>**SENIOR PROBATION OFFICER**<br>s/Sarah A. Reinkensmeyer/slg<br>313-234-5443 | **DISTRIBUTION**<br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br>s/Tracy Kosmas<br>313-234-5272 | **PROBATION ROUTING**<br>Data Entry |

**THE COURT ORDERS:**

[ X ]    Amendment to the Petition Dated August 8, 2023.

[  ]    Other

s/Linda V. Parker
_____
United States District Judge

4/14/2025
_____
Date